**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02150-LTB-KMT

PATRICIA POUTTU,

       Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed March 1, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  March 4, 2013